No. 631, Misc.   JORDAN *v.* MARKLEY, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 642, Misc.   HAMILTON *v.* HAMILTON.   Ct. App. Md.   Certiorari denied.   *Louis A. Scholz* for petitioner.

No. 1291, October Term, 1965.   TAUB *v.* HALE, AKA RANDOLPH HALE-ALCAZAR THEATRE, ET AL., 384 U. S. 1007.   Motions for leave to file supplements to petition for rehearing denied.   Rehearing denied.

No. 574.   MASLOWSKY ET AL. *v.* CASSIDY, CHAIRMAN, ILLINOIS HOUSE OF REPRESENTATIVES COMMISSION, ET AL., *ante,* p. 11.   Rehearing denied.

OCTOBER 28, 1966.

No. 612.   UNITED STATES FOR THE USE AND BENEFIT OF CAPOLINO SONS, INC. *v.* ELECTRONIC & MISSILE FACILITIES, INC., ET AL.   C. A. 2d Cir.   Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.   *Jack E. Levine* for petitioner.

NOVEMBER 7, 1966.

No. 80.   SHERMAN *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 2d Cir.   (Certiorari granted, 384 U. S. 904.)   Motion of Frank C. Newman et al., for leave to file brief, as *amici curiae,* granted.   *Frank C. Newman, pro se,* on the motion.